B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
| --- | --- |

| Name of Debtor (if individual, enter Last, First, Middle):<br>Shelton, Demetrius | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>AKA Demetrius McInnis; AKA Demetrius McInis; AKA Demetrius McInns | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-9757 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1539 West 61st Street<br>Chicago, IL<br>ZIP Code 60636 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

■ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
☐ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

☐ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

■ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                          Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Shelton, Demetrius |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ Michelle Gilbert          February 11, 2011<br>Signature of Attorney for Debtor(s)          (Date)<br>Michelle Gilbert |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                    Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
   Shelton, Demetrius

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Demetrius Shelton
Signature of Debtor  Demetrius Shelton

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

February 11, 2011
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X /s/ Michelle Gilbert
Signature of Attorney for Debtor(s)

 Michelle Gilbert ARDC # 6193886
Printed Name of Attorney for Debtor(s)

 Legal Assistance Foundation of Metropolitan Chicago
Firm Name
 111 W. Jackson
 Suite 300
 Chicago, IL 60604

Address

 773-341-1070  Fax: 312-341-1041
Telephone Number

 February 11, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____

Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Demetrius Shelton                  Case No. _____

                                      Debtor(s)          Chapter    7   _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                                 Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

      ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

      ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

      ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

        Signature of Debtor:   /s/ Demetrius Shelton
                               Demetrius Shelton

        Date:   February 11, 2011

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Demetrius Shelton _____,    Case No. _____

_____Debtor    Chapter_____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 3,100.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 25 | | 60,195.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 1,068.56 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,272.00 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 3,100.00 | | |
| Total Liabilities | | | | 60,195.30 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Demetrius Shelton

Debtor

,

Case No. _____

Chapter _____7_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,068.56 |
| Average Expenses (from Schedule J, Line 18) | 1,272.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,264.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 60,195.30 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 60,195.30 |

B6A (Official Form 6A) (12/07)

In re  Demetrius Shelton                                              ,   Case No. _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a
cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for
the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W,"
"J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under
"Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and
Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity
claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or
if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

_0_  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   Demetrius Shelton                                    ,   Case No. _____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking acct PNC Bank | - | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | security deposit with landlord | - | 500.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | furniture, beds, TV | - | 1,100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | clothes | - | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    1,800.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | tax refund and EITC | - | 1,300.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    1,300.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Demetrius Shelton                                                ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) |  |
|  | Total > | 3,100.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    Demetrius Shelton
_____,    Case No. _____
                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                   *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Security Deposits with Utilities, Landlords, and Others | | | |
| security deposit with landlord | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Household Goods and Furnishings | | | |
| furniture, beds, TV | 735 ILCS 5/12-1001(b) | 300.00 | 1,100.00 |
| Wearing Apparel | | | |
| clothes | 735 ILCS 5/12-1001(a) | 200.00 | 200.00 |
| Other Liquidated Debts Owing Debtor Including Tax Refund | | | |
| tax refund and EITC | 735 ILCS 5/12-1001(b) | 1,300.00 | 1,300.00 |

| | Total: | 2,300.00 | 3,100.00 |
|---|---|---|---|

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   Demetrius Shelton                                              ,    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

  0   continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re    Demetrius Shelton                                                      ,    Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__0__ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re ___Demetrius Shelton_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxx/xxx03-25 <br><br> Academic Derm - Omeed Memar MD <br> P.O. Box 809397 <br> Chicago, IL 60680-9397 | - | | | | 06/05/10 <br> Office Visit/Photochemotherapy UVB | | | | 150.00 |
| Account No. xxxxxxx0047 <br><br> Accounts Receivable Mana <br> 910 West Van Burne St. #245 <br> Chicago, IL 60607 | - | | | | 11/2010 <br> America's Financial Choice | | | | 519.00 |
| Account No. xx-xxxxxxx99-SF <br><br> Accounts Recovery Bureau, Inc. <br> P.O. Box 6768 <br> Wyomissing, PA 19610-0768 | - | | | | 03/13/10 <br> St. Margaret Mercy <br> 093130199 | | | | 480.90 |
| Account No. 5443848 <br><br> ADT Security Services <br> POB 650485 <br> Dallas, TX 75265-0485 | - | | | | | | | | 236.80 |
| __24__  continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 1,386.70 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Demetrius Shelton                     ,     Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxxxxx6138 AFNI P.O. Box 3097 Bloomington, IL 61702-3097 | - | | | 08/2010 US Cellular | | | | 261.00 |
| Account No. xxxxxxx38-01 AFNI, Inc. 404 Brock Drive P.O. Box 3517 Bloomington, IL 61702-3517 | - | | | 07/21/10 U.S. Cellular, acc't #718674298 | | | | 261.27 |
| Account No. 39WUL9 America Online, Inc. NCO Financial Systems POB 41457 Philadelphia, PA 19101-1457 | - | | | | | | | 109.30 |
| Account No. xxx-xx7411 America's Financial Choice 1107 E. Sibley Blvd. Dolton, IL 60419 | - | | | 02/27/10 Loan | | | | 519.38 |
| Account No. 660857 American Credit Educators 2000 S.Colorado Blvd. Tower One Denver, CO 80222 | - | | | | | | | 50.00 |

Sheet no. __1__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    1,200.95

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                      ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxx9056<br><br>Arnold Scott Harris, P.C.<br>222 Merchandise Mart PLaza, Suite 1932<br>Chicago, IL 60654 | - | | | 08/16/10<br>Ticket #'s 55967012, TT318734 | | | | 738.10 |
| Account No. xxxx-xx-xx1338<br><br>Arnold Scott Harris, P.C.<br>Attorney At Law<br>222 Merchandise Mart Plaza #1900<br>Chicago, IL 60654 | - | | | parking tickets | | | | 1,522.00 |
| Account No.<br><br>City of Chicago - Parking Tickets<br>Department of Revenue- Bankruptcy<br>121 N LaSalle Street, Room 107A<br>Chicago, IL 60602 | | | | Representing:<br>Arnold Scott Harris, P.C. | | | | Notice Only |
| Account No. xxxx1401<br><br>Asset Acceptance LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036 | - | | | 03/01/10<br>Bally Total Fitness | | | | 1,284.36 |
| Account No. 7737768906<br><br>AT&T<br>Billing Department<br>1842 Centre Point Drive #1106<br>Naperville, IL 60563 | - | | | | | | | 56.00 |

Sheet no. _2__ of _24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              3,600.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,        Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 63WBM1 | | | | | | | | |
| AT&T NCO Financial Systems Inc. POB 41457 Philadelphia, PA 19101-1457 | | - | | | | | | 383.96 |
| Account No. xxx xxx-xxxx 684 4 | | | | 03/01/10 Long Distance | | | | |
| AT&T P.O. Box 8100 Aurora, IL 60507-8100 | | - | | | | | | 204.01 |
| Account No. 22417513 | | | | | | | | |
| AT&T Long Distance Tertiary Allied Interstate Inc. 3200 Northline Ave. Suite 160 Greensboro, NC 27408 | | - | | | | | | 56.00 |
| Account No. | | | | payday loan | | | | |
| B & L Marketing 320M S. POWELL AVE. Dunn, NC 28334 | | - | | | | | | 400.00 |
| Account No. 2600292814006 | | | | | | | | |
| Bally Total Fitness 12440 E. Imperial Suite 300 Norwalk, CA 90650-8309 | | - | | | | | | 2,328.12 |

Sheet no. __3__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,372.09

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 19377246 <br><br> Bally Total Fitness <br> Asset Acceptance LLC <br> POB 9063 <br> Brandon, FL 33509-9063 | - | | | | | | 2,063.18 |
| Account No. 0895 <br><br> Bank of America <br> P.O. Box 53150 <br> Phoenix, AZ 85072-3150 | - | | 07.20.2009 <br> credit card | | | | 509.81 |
| Account No. xxxxx4808 <br><br> Bank of America Missouri <br> 100 North Broadway <br> Saint Louis, MO 63102 | - | | 11/18/2009 <br> Account Abuse | | | | 509.81 |
| Account No. 111000001614304796 <br><br> Bank One Nodr <br> Arrow Financial Services <br> 5996 West Touhy Avenue <br> Niles, IL 60714-4610 | - | | | | | | 670.62 |
| Account No. 8640577-287M05710 076325 <br><br> BMG Music Service <br> P.O. Box 91545 <br> Indianapolis, IN 46291-0545 | - | | | | | | 57.10 |

Sheet no. __4__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,810.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,         Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. xxxxxxxx9953  <br><br>CCB Credit Services <br>5300 South 6th Street <br>Springfield, IL 62703-5184 | - | | | 07/08/10 <br>Peoples Gas Company | | | | 446.36 |
| Account No. xxxx8734 <br><br>Clerk of the Circuit Court <br>50 W Washington St. #LL01 <br>Traffic Division <br>Chicago, IL 60602 | - | | | 04.26.2010 <br>traffic case | | | | 95.00 |
| Account No. xxxxxxxxxxxx9317 <br><br>Comcast <br>1255 W. North Ave. <br>Chicago, IL 60622 | | | | 04/15/10 <br>Cable | | | | 508.19 |
| Account No. <br><br>Comcast <br>P.O. Box 3002 <br>Southeastern, PA 19398-3002 | | | | Representing: <br>Comcast | | | | Notice Only |
| Account No. 6750257 <br><br>Comcast Cable Communications <br>Friedman & Wexler, LLC <br>500 West Madison Street <br>Suite 2910 <br>Chicago, IL 60661-2587 | - | | | | | | | 2,030.13 |

Sheet no. __5__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,079.68

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxx2019<br><br>Computer Credit<br>640 W. Fourth Street<br>Post Office Box 5238<br>Winston Salem, NC 27113-5238 | | - | | | 02/04/10<br>Rush University Medical Center | | | | 380.15 |
| Account No. xxxxxx5655<br><br>Contract Callers<br>POB 212609<br>1058 Claussen Rd. Ste. 110<br>Augusta, GA 30917 | | - | | | 09/2010<br>Comed | | | | 4,298.00 |
| Account No. xxxx2507<br><br>Credit Collection Servic<br>P.O. Box 9133<br>Needham, MA 02494-9133 | | - | | | 08/2010<br>Comcast | | | | 974.00 |
| Account No. xx xxxx x2507<br><br>Credit Collection Services<br>2 Wells Avenue<br>Newton, MA 02459 | | - | | | 05/24/10<br>Comcast Cable | | | | 974.26 |
| Account No.<br><br>David Orr<br>3000 N. Halsted<br>Chicago, IL 60657 | | - | | | medical | | | | 25.00 |

Sheet no. _6_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,651.41

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. x9693<br><br>Dental Works<br>P.O. Box 64-3005<br>Cincinnati, OH 45264-3005 | - | | | 10/18/10<br>Previous Balance | | | | 121.00 |
| Account No. 000019693<br><br>Escallate LLC<br>5200 Stoneham Road, Suite 200<br>North Canton, OH 44720 | | | | Representing:<br>Dental Works | | | | Notice Only |
| Account No. 0024908845<br><br>DirectTv<br>POB 78627<br>Phoenix, AZ 85062-8627 | - | | | | | | | 416.96 |
| Account No.<br><br>The CBE Group Inc.<br>131 Tower Park<br>Suite 100<br>POB 2635<br>Waterloo, IA 50704-2635 | | | | Representing:<br>DirectTv | | | | Notice Only |
| Account No. 28616088-B<br><br>DirectTV<br>Mitchell N. Kay, P.C.<br>POB 2374<br>Chicago, IL 60690-2374 | - | | | | | | | 307.70 |

Sheet no. _7__ of _24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

845.66

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                        ,     Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Mitchell N. Kay, P.C.<br>7 Penn Plaza<br>New York, NY 10001-3995 | | | Representing:<br>DirectTV | | | | Notice Only |
| Account No. xxxx7892<br><br>Diversified Adj Svc<br>600 Coon Rapids Blvd NW<br>Coon Rapids, MN 55433-5549 | | - | 10/2010<br>Sprint | | | | 287.00 |
| Account No. 6187<br><br>Eugene Mandrea, M.D.S.C.<br>7300 W. College Dr. #1NW<br>Palos Heights, IL 60463 | | | 04/19/10<br>Medical Services | | | | 44.40 |
| Account No. xxxxxx5118<br><br>Fifth Third Bank<br>P.O. Box 630900<br>Cincinnati, OH 45263-0900 | | - | 09/02/2010 | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-3968<br><br>First Premier Bank<br>P.O. Box 5519<br>Credit Card Department<br>Sioux Falls, SD 57117-5519 | | - | 11/24/10<br>Credit Card | | | | 411.09 |

Sheet no. _8_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        742.49

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                      ,    Case No. _____
                                          **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-3968<br><br>First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | - | | 10/2010<br>Credit Card | | | | 374.00 |
| Account No. xx1954<br><br>Fitness Formula Clubs<br>1151 S. State<br>Chicago, IL 60605 | - | | 11/05/10 | | | | 323.70 |
| Account No.<br><br>George J. Trakakis, D.D.S. & Associates<br>2 N. State Street<br>Chicago, IL 60602 | - | | Dental | | | | 121.00 |
| Account No. xxxxx1288<br><br>Guaranty Bank<br>4000 West Brown Deer Road<br>Milwaukee, WI 53209 | - | | 08/16/2007<br>NSF XXXXXX7023 | | | | 0.00 |
| Account No. xxxxx1288<br><br>Guaranty Bank<br>4000 West Brown Deer Road<br>Milwaukee, WI 53209 | - | | 07/30/2007<br>NSF XXXXXX3318 | | | | 0.00 |

Sheet no. __9__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    818.70

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                              ,        Case No. _____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Hertz<br>225 Brae Boulevard Park Ridge<br>Park Ridge, NJ 07656 | | - | | | | | | | 2,000.00 |
| Account No. x8182<br><br>Hyde Park Podiatry<br>9933 S. Western Ave. Ste. 102<br>Chicago, IL 60643 | | - | | | 08/18/10<br>Massuda Fortunee, D.P.M. | | | | 193.20 |
| Account No.<br><br>Internal Revenue Service<br>P.O. Box 7146<br>Philadelphia, PA 19101-7346 | | - | | | taxes | | | | 4,286.71 |
| Account No.<br><br>Internal Revenue Service<br>Associate Area Counsel SB/SE<br>200 W. Adams St, Suite 2300<br>Chicago, IL 60606 | | | | | Representing:<br>Internal Revenue Service | | | | Notice Only |
| Account No. xxxxxx9222<br><br>Jefferson Capital Systems, LLC<br>16 McLeland Rd.<br>Saint Cloud, MN 56303 | | | | | 05/28/10<br>Reward660 Visa Meta Bank<br>XXXX-XXXX-XXXX-8609 | | | | 390.81 |

Sheet no. __10__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        6,870.72

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                      ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0013 <br><br> JP Morgan Chase <br> 370 S. Cleveland Avenue <br> OH1-0273 <br> Westerville, OH 43081-0273 | - | | 09/08/2008 <br> NSF XXXXXXXXXX4154 | | | | 0.00 |
| Account No. <br><br> Kathryn Rigonan MD <br> 8027 S. Exchange <br> #2F <br> Chicago, IL 60619 | - | | | | | | 835.00 |
| Account No. 1492 <br><br> Liberty Tax Service <br> 1119 E. Sibley Blvd. <br> Dolton, IL 60419 | | | 02/20/09 <br> Tax Preparation Fees | | | | 349.00 |
| Account No. <br><br> Loan Shop On-Line <br> 2207 Concord Pike <br> Wilmington, DE 19803 | - | | loan | | | | 220.00 |
| Account No. xxx3869 <br><br> Medical Recovery Specialists <br> 2250 E. Devon Ave. Ste. 352 <br> Des Plaines, IL 60018-4519 | - | | 02/02/10 <br> Rush University Medical Center | | | | 1,279.48 |

Sheet no. __11__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,683.48

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                    ,        Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xx5798 <br><br> Merchants Credit Guide Co. <br> 223 W. Jackson Blvd. <br> Chicago, IL 60606 | - | | | 10/12/09 <br> Affiliated Radiologists, SC | | | | 267.00 |
| Account No. xxxxxx3930 <br><br> Midlan Credit Management, Inc. <br> P.O. Box 60578 <br> Los Angeles, CA 90060-0578 | - | | | 03/28/10 <br> MCI Communications Services <br> 3FW17015 | | | | 674.19 |
| Account No. xxxxxx0316 <br><br> Midland Credit Management, Inc. <br> P.O. Box 60578 <br> Los Angeles, CA 90060-0578 | - | | | 05/16/10 <br> First Bank of Delaware <br> 5259830010103676 | | | | 833.63 |
| Account No. xxxxx7681 <br><br> MQC Collection Services <br> PO Box 140700 <br> Toledo, OH 43614 | - | | | 02/28/2010 <br> medical bill | | | | 55.20 |
| Account No. <br><br> University Pathologists <br> P.O. Box 140700 <br> Toledo, OH 43614 | | | | Representing: <br> MQC Collection Services | | | | Notice Only |

Sheet no. _12_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,830.02

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx8159 <br><br> MTI <br> P.O. Box 2049 <br> Matteson, IL 60443-5049 | - | | 12/16/2010 <br> Telephone number 7737687363 | | | | 69.22 |
| Account No. xx9212 <br><br> Municipal Collection Services, Inc. <br> P.O. Box 1022 <br> Wixom, MI 48393-1022 | - | | 03/02/10 <br> Parking Violations, Villages of Chicago Ridge and Forest Park | | | | 850.00 |
| Account No. xxxxxx4805 <br><br> National Action Financial Services, Inc. <br> 165 Lawrence Bell Dr. Ste. 100 <br> Buffalo, NY 14231-9027 | - | | 03/09/10 <br> Port Aqstn/Assignee Of Bally <br> NCO Portfolio Management | | | | 1,214.40 |
| Account No. xxx9481 <br><br> National Credit Adjusters <br> P.O. Box 3023 <br> 327 West 4th Street <br> Hutchinson, KS 67504-3023 | - | | 09/23/10 <br> Guaranty Bank | | | | 444.33 |
| Account No. xxxxxxx0942 <br><br> Nationwide Credit, Inc. <br> 2015 Vaughn Rd NW <br> Suite 400 <br> Kennesaw, GA 30144-7802 | - | | 09/09/10 <br> Fifth Third Bank | | | | 314.92 |

Sheet no. _13_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      2,892.87

B6F (Official Form 6F) (12/07) - Cont.

In re     Demetrius Shelton                                              ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 10252130942 <br><br> Nationwide Credit, Inc. <br> P.O. box 26314 <br> Lehigh Valley, PA 18002-6314 | | | | Representing: <br> Nationwide Credit, Inc. | | | | Notice Only |
| Account No. xxxx0839 <br><br> NCO Financial <br> P.O. Box 13570 <br> Philadelphia, PA 19101 | | - | | 10/2010 <br> Rush University Medical Cent | | | | 154.00 |
| Account No. xxxx5898 <br><br> NCO Financial <br> P.O. Box 13570 <br> Philadelphia, PA 19101 | | - | | 08/2010 <br> Rush University Medical Cent | | | | 682.00 |
| Account No. xxR264 <br><br> NCO Financial Systems, Inc. <br> 507 Prudential Rd <br> Horsham, PA 19044 | | - | | 04/23/10 <br> ADT Security Services Acc't #5443848 | | | | 969.29 |
| Account No. 5443848 <br><br> ADT Security Services, Inc. <br> 4926 Kernan Blvd. South <br> Jacksonville, FL 32224 | | | | Representing: <br> NCO Financial Systems, Inc. | | | | Notice Only |
| Sheet no. __14__ of __24__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal <br> (Total of this page) | | | | 1,805.29 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton _____,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> NCO Financial Systems, Inc. <br> 507 Prudential Rd <br> Horsham, PA 19044 | - | | | Bank of American overdraft | | | | 509.81 |
| Account No. xxxxx7298 <br><br> Northland Group <br> P.O. Box 390846 <br> Mail Code AR51S <br> Minneapolis, MN 55439 | - | | | 09/05/10 <br> Arrow Financial Services | | | | 959.52 |
| Account No. xxxxx5262 <br><br> Northland Group Inc. <br> P.O. Box 390846 <br> Mail Code SB116 <br> Minneapolis, MN 55439 | - | | | 05/02/10 <br> LVNV Funding LLC <br> Guaranty Bank | | | | 201.29 |
| Account No. 232471 <br><br> Northwestern Memorial Physicians Group <br> 75 Remittance Drive <br> #1293 <br> Chicago, IL 60675-1293 | - | | | | | | | 130.00 |
| Account No. xxxx-xx-xx1006 <br><br> Pekay & Blitstein <br> 77 W. Washington, Suite 719 <br> Chicago, IL 60602 | - | | | Genesis Financial | | | | 0.00 |

Sheet no. __15__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,800.62

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton
                                                                    ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 6 5000 3801 8648<br><br>Peoples Energy<br>Special Projects (Bankruptcy)<br>130 East Randolph Street<br>Chicago, IL 60601 | - | | | Utility | | | | 2,077.58 |
| Account No. xxxxxxxx1748<br><br>Peoples Gas<br>130 E Randolph Street<br>Chicago, IL 60601-6207 | - | | | 07/31/2007<br>Utility Service | | | | 766.96 |
| Account No. xxxx-xxxx-xxxx-6183<br><br>PFG of Minnesota<br>7825 Washington Ave. S. Ste. 310<br>Minneapolis, MN 55439-2409 | - | | | 10/15/2010<br>ref. # OJL 579 | | | | 562.06 |
| Account No. xxxx879_3<br><br>PlatePass LLC<br>P.O. Box 957329<br>Saint Louis, MO 63195-7329 | - | | | 06/06/2009<br>Hertz rental 169159292 | | | | 182.30 |
| Account No. xxxxxx72-10<br><br>Plaza Associates<br>JAF Station<br>P.O. Box 2769<br>New York, NY 10116-2769 | - | | | 10/08/10<br>T-Mobile Wireless XXXXXXXXXXXXXXX3888 | | | | 500.00 |

Sheet no. __16__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,088.90

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  PLS Financial P.O. Box 7519 Chicago, IL 60680 | - | | loan | | | | 600.00 |
| Account No.  PNC Bank 249 Fifth Ave. Pittsburgh, PA 15222 | - | | overdrawn acct | | | | 121.00 |
| Account No. xxxxxxxx-xxP-181  ProPath Services LLP P.O. Box 678175 Dallas, TX 75267-8175 | | | 05/26/10 Pathology Services | | | | 85.00 |
| Account No. xxx3763  Public Storage 7455 South Pulaski Road Chicago, IL 60629-5826 | - | | 03/22/08 Rent and late fees | | | | 104.00 |
| Account No.  QC Financial Services 8202 S. Stony Island Ave. Chicago, IL 60617 | - | | returned check | | | | 204.91 |

Sheet no. __17__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,114.91

B6F (Official Form 6F) (12/07) - Cont.

In re   Demetrius Shelton                                              ,   Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0505 <br><br> Receivables Performance Management <br> 20816 44th Ave. W. <br> Lynnwood, WA 98036 | - | | phone bill | | | | 215.46 |
| Account No. <br><br> Sprint <br> P.O. Box 4191 <br> Carol Stream, IL 60197 | | | Representing: <br> Receivables Performance Management | | | | Notice Only |
| Account No. xx7323 <br><br> Rush University Medical Center <br> 1700 West Van Buren Street <br> Suite 161 TOB <br> Chicago, IL 60612 | - | | 06/22/10 <br> health care | | | | 5,224.29 |
| Account No. 058557982014 <br><br> NCO Financial Systems, Inc <br> P.O. Box 15270, Dept. 55 <br> Wilmington, DE 19850 | | | Representing: <br> Rush University Medical Center | | | | Notice Only |
| Account No. <br><br> NCO Financial Systems, Inc <br> 3005 Grape Rd., Ste. A <br> Mishawaka, IN 46545 | | | Representing: <br> Rush University Medical Center | | | | Notice Only |

Sheet no. __18__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,439.75

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>NCO Financial Systems, Inc.<br>605 W. Edison Rd. Ste. K<br>Mishawaka, IN 46545 | | | | Representing:<br>Rush University Medical Center | | | | Notice Only |
| Account No. xx xx7323<br><br>Rush University Medical Group<br>75 Remittance Drive, Dept. 1611<br>Chicago, IL 60675-1611 | | - | | 04/14/10<br>health care | | | | 288.60 |
| Account No. V487323<br><br>Nationwide Credit & Collections<br>815 Commerce Dr.<br>STE 100<br>Oak Brook, IL 60523 | | | | Representing:<br>Rush University Medical Group | | | | Notice Only |
| Account No. 15219951<br><br>SBC<br>Asset Acceptance LLC<br>POB 2036<br>Warren, MI 48090-2036 | | - | | | | | | 818.01 |
| Account No. xxxx2779<br><br>Skin Wellness Center of Chicago<br>75 Remittance Drive Ste. 6682<br>Chicago, IL 60675-6682 | | - | | 06/01/10<br>Office Visit; No-Show | | | | 90.00 |

Sheet no. _19_ of _24_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,196.61

B6F (Official Form 6F) (12/07) - Cont.

In re   Demetrius Shelton                                    ,    Case No. _____
                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Integrated Health Care, Inc.<br>15545 S. 71st Court Suite 101<br>Orland Park, IL 60462 | | | | | Representing:<br>Skin Wellness Center of Chicago | | | | Notice Only |
| Account No.<br><br>Southwest Dermatology<br>7123 W. Archer<br>Chicago, IL 60638 | | - | | | medical | | | | 50.00 |
| Account No. 603377023-6<br><br>Sprint<br>POB 6419<br>Carol Stream, IL 60197-6419 | | - | | | | | | | 482.66 |
| Account No. xxxxx0505<br><br>Sprint<br>P.O. Box 3827<br>Englewood, CO 80155-3827 | | - | | | 02/08/10<br>Wireless Phone | | | | 215.46 |
| Account No. 374450505<br><br>Diversified Adjustment Service, Inc<br>600 Coon Rapids Blvd.<br>Minneapolis, MN 55433 | | | | | Representing:<br>Sprint | | | | Notice Only |

Sheet no. __20__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

748.12

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                          ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Sprint <br> P.O. Box 4191 <br> Carol Stream, IL 60197-4191 | | | | Representing: <br> Sprint | | | | Notice Only |
| Account No. 603377023-6 RPMEA <br><br> Sprint Communications LLC <br> POB 6419 <br> Carol Stream, IL 60197-6419 | - | | | | | | | 876.46 |
| Account No. <br><br> RPM <br> POB 768 <br> Bothell, WA 98041-0768 | | | | Representing: <br> Sprint Communications LLC | | | | Notice Only |
| Account No. xxxxx67-99 <br><br> Synerprise Consulting Service, Inc. <br> 2809 Regal Road, Suite 107 <br> Plano, TX 75075 | - | | | 01/29/10 <br> Propath Services <br> 10012921FEP181 | | | | 85.00 |
| Account No. xxxxx3045 <br><br> T-Mobile <br> P.O. Box 742596 <br> Cincinnati, OH 45274-2596 | - | | | 03/01/10 <br> wireless | | | | 200.00 |

Sheet no. __21__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,161.46

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                              ,    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxx3888 | | | | | 09/11/10 wireless | | | | |
| T-Mobile P.O. Box 742596 Cincinnati, OH 45274-2596 | - | | | | | | | | |
| | | | | | | | | | 400.00 |
| Account No. 33804305 | | | | | telephone service | | | | |
| Talk America 2704 Alt. 19 North Palm Harbor, FL 34683 | - | | | | | | | | |
| | | | | | | | | | 215.49 |
| Account No. xxxx3675 | | | | | 08/26/10 LVNV Funding, LLC, previous creditor Guaranty Bank 0106203967 | | | | |
| Tate & Kirlin Associates 2810 Southhampton Rd Philadelphia, PA 19154-1207 | - | | | | | | | | |
| | | | | | | | | | 205.70 |
| Account No. 4876-291112 | | | | | | | | | |
| TCF National Bank 800 Burr Ridge Parkway Burr Ridge, IL 60521 | - | | | | | | | | |
| | | | | | | | | | 111.42 |
| Account No. xxxxx2572 | | | | | 07/06/2006 NSF XXXXXX9008 | | | | |
| TCF National Bank - Illinois 500 Joliet Road Willowbrook, IL 60527 | - | | | | | | | | |
| | | | | | | | | | 405.88 |

Sheet no. __22__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,338.49

B6F (Official Form 6F) (12/07) - Cont.

In re   Demetrius Shelton                                                                  ,        Case No. _____
                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx2572<br><br>TCF National Bank - Illinois<br>500 Joliet Road<br>Willowbrook, IL 60527 | - | | 05/04/2005<br>NSF XXXXXX1112 | | | | 174.72 |
| Account No. xxxxx2572<br><br>TCF National Bank - Illinois<br>500 Joliet Road<br>Willowbrook, IL 60527 | - | | 12/17/2005<br>NSF XXXXXX2840 | | | | 123.32 |
| Account No. 3GL20757<br><br>The Neighborhood built by MCI<br>POB 17890<br>Denver, CO 80217-0890 | - | | | | | | 162.91 |
| Account No.<br><br>Transworld Systems Inc.<br>1375 E. Woodfield, Rd<br>Schaumburg, IL 60173 | - | | Fitness Formula Clubs | | | | 419.10 |
| Account No. xxxxx7681<br><br>University Pathologists, P.C.<br>5620 Southwyck Blvd<br>Toledo, OH 43614-1501 | - | | 06/01/10<br>Medical services | | | | 0.00 |

Sheet no. __23__ of __24__ sheets attached to Schedule of                                        Subtotal
Creditors Holding Unsecured Nonpriority Claims                                              (Total of this page)            880.05

B6F (Official Form 6F) (12/07) - Cont.

In re    Demetrius Shelton                                                          ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 100004950856 <br><br> United Collection Bureau Inc. <br> 5620 Southwyck Blvd <br> P.O. Box 140190 <br> Toledo, OH 43614-0190 | | | | Representing: <br> University Pathologists, P.C. | | | | Notice Only |
| Account No. x3024 <br><br> Uptown Cash <br> 8641 South Cottage Grove Avenue <br> Chicago, IL 60619 | | - | | 11/23/10 <br> Short-term cash | | | | 450.00 |
| Account No. 157093207 <br><br> Walmart 2817 Lansing IL <br> Certegy Payment Recovery Services, Inc. <br> POB 2844 <br> Tuscaloosa, AL 35403-2844 | | - | | | | | | 87.53 |
| Account No. xxxx9264 <br><br> West Asset Management <br> 3432 Jefferson Avenue <br> Texarkana, AR 71854-2747 | | - | | 04/01/10 <br> AT&T Ref. #7732214128684 | | | | 297.82 |
| Account No. <br><br> | | | | | | | | |

Sheet no. __24__ of __24__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| | Subtotal <br> (Total of this page) | 835.35 |
| | Total <br> (Report on Summary of Schedules) | 60,195.30 |

B6G (Official Form 6G) (12/07)

.

In re    Demetrius Shelton                            ,     Case No. _____
<br>                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re      Demetrius Shelton                                                        ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re  Demetrius Shelton                                                                  Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S):  Mother | AGE(S):  54 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | clerk | |
| Name of Employer | Fed Ex Ground PKG System Inc | |
| How long employed | 4 years 7 months | |
| Address of Employer | 1000 Fed Ex Drive P.O. Box 108j Pittsburgh, PA 15230 | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | | $ 1,266.81 | $ N/A |
| 2. Estimate monthly overtime | | $ 0.00 | $ N/A |
| 3. SUBTOTAL | | $ 1,266.81 | $ N/A |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a.  Payroll taxes and social security | | $ 115.48 | $ N/A |
| b.  Insurance | | $ 82.77 | $ N/A |
| c.  Union dues | | $ 0.00 | $ N/A |
| d.  Other (Specify): | | $ 0.00 | $ N/A |
| | | $ 0.00 | $ N/A |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 198.25 | $ N/A |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,068.56 | $ N/A |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ N/A |
| 8. Income from real property | | $ 0.00 | $ N/A |
| 9. Interest and dividends | | $ 0.00 | $ N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ N/A |
| 11. Social security or government assistance (Specify): | | $ 0.00 | $ N/A |
| | | $ 0.00 | $ N/A |
| 12. Pension or retirement income | | $ 0.00 | $ N/A |
| 13. Other monthly income (Specify): | | $ 0.00 | $ N/A |
| | | $ 0.00 | $ N/A |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ N/A |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 1,068.56 | $ N/A |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 1,068.56 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    Demetrius Shelton _____    Case No. _____

_____ Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 500.00 |
| a. Are real estate taxes included? | Yes ___ | No  X | |
| b. Is property insurance included? | Yes ___ | No  X | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 200.00 |
|          b. Water and sewer | | $ | 0.00 |
|          c. Telephone | | $ | 80.00 |
|          d. Other _____ | | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 200.00 |
| 5. Clothing | | $ | 50.00 |
| 6. Laundry and dry cleaning | | $ | 40.00 |
| 7. Medical and dental expenses | | $ | 0.00 |
| 8. Transportation (not including car payments) | | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 50.00 |
| 10. Charitable contributions | | $ | 20.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|          a. Homeowner's or renter's | | $ | 32.00 |
|          b. Life | | $ | 0.00 |
|          c. Health | | $ | 0.00 |
|          d. Auto | | $ | 0.00 |
|          e. Other _____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|          (Specify) _____ | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|          a. Auto | | $ | 0.00 |
|          b. Other _____ | | $ | 0.00 |
|          c. Other _____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other _____ | | $ | 0.00 |
|      Other _____ | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 1,272.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.    Average monthly income from Line 15 of Schedule I | $ | 1,068.56 |
| b.    Average monthly expenses from Line 18 above | $ | 1,272.00 |
| c.    Monthly net income (a. minus b.) | $ | -203.44 |

**B6 Declaration (Official Form 6 - Declaration). (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re   Demetrius Shelton                                                      Case No.   _____

                                             Debtor(s)         Chapter     7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   38   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   February 11, 2011                    Signature   /s/ Demetrius Shelton

                                                                 Demetrius Shelton

                                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Demetrius Shelton _____    Case No. _____

_____    Chapter    7
Debtor(s)    Chapter

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,100.00 | 2011 YTD: Fed Ex Ground PKG System Inc |
| $14,000.00 | 2010: Fed Ex Ground PKG System Inc |
| $14,316.00 | 2009: Fed Ex Ground PKG System Inc |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE

### 3. Payments to creditors

None ■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| City of Chicago v. Shelton, 2009-M1-671338 | administrative judgment | Daley Center, Chicago | judgment entered |

None ■

    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case. (**Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ■ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

4

**10.  Other transfers**

None ■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None ■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None ■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None ■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None ■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 4207 S. Indiana, Chicago 60615 | | 2008 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  February 11, 2011                    Signature  /s/ Demetrius Shelton
                                                     Demetrius Shelton
                                                     Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Demetrius Shelton

Debtor(s)

Case No.

Chapter   7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> -NONE- | **Describe Property Securing Debt:** |

Property will be (check one):
☐ Surrendered     ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt               ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** <br> -NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   February 11, 2011

Signature   /s/ Demetrius Shelton

Demetrius Shelton

Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    Demetrius Shelton _____    Case No. _____

Debtor(s)    Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 0.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  $  0.00   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor    ■ Other (specify):    attorney works at legal aid organization

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    Adversary proceedings seeking (1) undue hardship discharge of student loans under 11 U.S.C. § 523(a)(8), or (2) eviction of any tenants of debtor.. If requested, LAFMC may represent debtor in non-bankruptcy matters according to LAFMC priority guidelines; however, this will require a separate decision.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    February 11, 2011 _____    /s/ Michelle Gilbert _____
Michelle Gilbert
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson
Suite 300
Chicago, IL 60604
773-341-1070  Fax: 312-341-1041

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Demetrius Shelton                                Case No. _____

                                     Debtor(s)       Chapter     7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Demetrius Shelton | X /s/ Demetrius Shelton | February 11, 2011 |
| --- | --- | --- |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Demetrius Shelton                                            Case No.                    

                                               Debtor(s)           Chapter      7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                            119

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    February 11, 2011                          /s/ Demetrius Shelton

                                                        Demetrius Shelton
                                                        Signature of Debtor

Demetrius Shelton
1539 West 61st Street
Chicago, IL 60636


Michelle Gilbert
Legal Assistance Foundation of Metropolitan Chicago
111 W. Jackson
Suite 300
Chicago, IL 60604


Academic Derm - Omeed Memar MD
Acct No xxxxx/xxx03-25
P.O. Box 809397
Chicago, IL 60680-9397


Accounts Receivable Mana
Acct No xxxxxxx0047
910 West Van Burne St. #245
Chicago, IL 60607


Accounts Recovery Bureau, Inc.
Acct No xx-xxxxxxx99-SF
P.O. Box 6768
Wyomissing, PA 19610-0768


ADT Security Services
Acct No 5443848
POB 650485
Dallas, TX 75265-0485


ADT Security Services, Inc.
Acct No 5443848
4926 Kernan Blvd. South
Jacksonville, FL 32224


AFNI
Acct No xxxxxx6138
P.O. Box 3097
Bloomington, IL 61702-3097


AFNI, Inc.
Acct No xxxxxxx38-01
404 Brock Drive
P.O. Box 3517
Bloomington, IL 61702-3517

America Online, Inc.
Acct No 39WUL9
NCO Financial Systems
POB 41457
Philadelphia, PA 19101-1457


America's Financial Choice
Acct No xxx-xx7411
1107 E. Sibley Blvd.
Dolton, IL 60419


American Credit Educators
Acct No 660857
2000 S.Colorado Blvb. Tower One
Denver, CO 80222


Arnold Scott Harris, P.C.
Acct No xxxx9056
222 Merchandise Mart PLaza, Suite 1932
Chicago, IL 60654


Arnold Scott Harris, P.C.
Acct No xxxx-xx-xx1338
Attorney At Law
222 Merchandise Mart Plaza #1900
Chicago, IL 60654


Asset Acceptance LLC
Acct No xxxx1401
P.O. Box 2036
Warren, MI 48090-2036


AT&T
Acct No 7737768906
Billing Department
1842 Centre Point Drive #1106
Naperville, IL 60563


AT&T
Acct No 63WBM1
NCO Financial Systems Inc.
POB 41457
Philadelphia, PA 19101-1457

AT&T
Acct No xxx xxx-xxxx 684 4
P.O. Box 8100
Aurora, IL 60507-8100


AT&T Long Distance Tertiary
Acct No 22417513
Allied Interstate Inc.
3200 Northline Ave.
Suite 160
Greensboro, NC 27408


B & L Marketing
320M S. POWELL AVE.
Dunn, NC 28334


Bally Total Fitness
Acct No 2600292814006
12440 E. Imperial Suite 300
Norwalk, CA 90650-8309


Bally Total Fitness
Acct No 19377246
Asset Acceptance LLC
POB 9063
Brandon, FL 33509-9063


Bank of America
Acct No 0895
P.O. Box 53150
Phoenix, AZ 85072-3150


Bank of America Missouri
Acct No xxxxx4808
100 North Broadway
Saint Louis, MO 63102


Bank One Nodr
Acct No 111000001614304796
Arrow Financial Services
5996 West Touhy Avenue
Niles, IL 60714-4610


BMG Music Service
Acct No 8640577-287M05710 076325
P.O. Box 91545
Indianapolis, IN 46291-0545

CCB Credit Services
Acct No xxxxxxxxx9953
5300 South 6th Street
Springfield, IL 62703-5184


City of Chicago - Parking Tickets
Acct No xxxx-xx-xx1338
Department of Revenue- Bankruptcy
121 N LaSalle Street, Room 107A
Chicago, IL 60602


Clerk of the Circuit Court
Acct No xxxx8734
50 W Washington St. #LL01
Traffic Division
Chicago, IL 60602


Comcast
Acct No xxxxxxxxxxx9317
1255 W. North Ave.
Chicago, IL 60622


Comcast
Acct No xxxxxxxxxxx9317
P.O. Box 3002
Southeastern, PA 19398-3002


Comcast Cable Communications
Acct No 6750257
Friedman & Wexler, LLC
500 West Madison Street
Suite 2910
Chicago, IL 60661-2587


Computer Credit
Acct No xxxxxxx2019
640 W. Fourth Street
Post Office Box 5238
Winston Salem, NC 27113-5238


Contract Callers
Acct No xxxxxx5655
POB 212609
1058 Claussen Rd. Ste. 110
Augusta, GA 30917

Credit Collection Servic
Acct No xxxx2507
P.O. Box 9133
Needham, MA 02494-9133


Credit Collection Services
Acct No xx xxxx x2507
2 Wells Avenue
Newton, MA 02459


David Orr
3000 N. Halsted
Chicago, IL 60657


Dental Works
Acct No x9693
P.O. Box 64-3005
Cincinnati, OH 45264-3005


DirectTv
Acct No 0024908845
POB 78627
Phoenix, AZ 85062-8627


DirectTV
Acct No 28616088-B
Mitchell N. Kay, P.C.
POB 2374
Chicago, IL 60690-2374


Diversified Adj Svc
Acct No xxxx7892
600 Coon Rapids Blvd NW
Coon Rapids, MN 55433-5549


Diversified Adjustment Service, Inc
Acct No 374450505
600 Coon Rapids Blvd.
Minneapolis, MN 55433


Escallate LLC
Acct No 000019693
5200 Stoneham Road, Suite 200
North Canton, OH 44720

Eugene Mandrea, M.D.S.C.
Acct No 6187
7300 W. College Dr. #1NW
Palos Heights, IL 60463


Fifth Third Bank
Acct No xxxxxx5118
P.O. Box 630900
Cincinnati, OH 45263-0900


First Premier Bank
Acct No xxxx-xxxx-xxxx-3968
P.O. Box 5519
Credit Card Department
Sioux Falls, SD 57117-5519


First Premier Bank
Acct No xxxx-xxxx-xxxx-3968
3820 N. Louise Ave.
Sioux Falls, SD 57107-0145


Fitness Formula Clubs
Acct No xx1954
1151 S. State
Chicago, IL 60605


George J. Trakakis, D.D.S. & Associates
2 N. State Street
Chicago, IL 60602


Guaranty Bank
Acct No xxxxx1288
4000 West Brown Deer Road
Milwaukee, WI 53209


Hertz
225 Brae Boulevard Park Ridge
Park Ridge, NJ 07656


Hyde Park Podiatry
Acct No x8182
9933 S. Western Ave. Ste. 102
Chicago, IL 60643

Integrated Health Care, Inc.
Acct No xxxx2779
15545 S. 71st Court Suite 101
Orland Park, IL 60462


Internal Revenue Service
P.O. Box 7146
Philadelphia, PA 19101-7346


Internal Revenue Service
Associate Area Counsel SB/SE
200 W. Adams St, Suite 2300
Chicago, IL 60606


Jefferson Capital Systems, LLC
Acct No xxxxxx9222
16 McLeland Rd.
Saint Cloud, MN 56303


JP Morgan Chase
Acct No xxxxx0013
370 S. Cleveland Avenue
OH1-0273
Westerville, OH 43081-0273


Kathryn Rigonan MD
8027 S. Exchange
#2F
Chicago, IL 60619


Liberty Tax Service
Acct No 1492
1119 E. Sibley Blvd.
Dolton, IL 60419


Loan Shop On-Line
2207 Concord Pike
Wilmington, DE 19803


Medical Recovery Specialists
Acct No xxx3869
2250 E. Devon Ave. Ste. 352
Des Plaines, IL 60018-4519

Merchants Credit Guide Co.
Acct No xx5798
223 W. Jackson Blvd.
Chicago, IL 60606


Midlan Credit Management, Inc.
Acct No xxxxxx3930
P.O. Box 60578
Los Angeles, CA 90060-0578


Midland Credit Management, Inc.
Acct No xxxxxx0316
P.O. Box 60578
Los Angeles, CA 90060-0578


Mitchell N. Kay, P.C.
Acct No 28616088-B
7 Penn Plaza
New York, NY 10001-3995


MQC Collection Services
Acct No xxxxx7681
PO Box 140700
Toledo, OH 43614


MTI
Acct No xx8159
P.O. Box 2049
Matteson, IL 60443-5049


Municipal Collection Services, Inc.
Acct No xx9212
P.O. Box 1022
Wixom, MI 48393-1022


National Action Financial Services, Inc.
Acct No xxxxxx4805
165 Lawrence Bell Dr. Ste. 100
Buffalo, NY 14231-9027


National Credit Adjusters
Acct No xxx9481
P.O. Box 3023
327 West 4th Street
Hutchinson, KS 67504-3023

Nationwide Credit & Collections
Acct No V487323
815 Commerce Dr.
STE 100
Oak Brook, IL 60523


Nationwide Credit, Inc.
Acct No xxxxxxx0942
2015 Vaughn Rd NW
Suite 400
Kennesaw, GA 30144-7802


Nationwide Credit, Inc.
Acct No 10252130942
P.O. box 26314
Lehigh Valley, PA 18002-6314


NCO Financial
Acct No xxxx0839
P.O. Box 13570
Philadelphia, PA 19101


NCO Financial Systems, Inc
Acct No 058557982014
P.O. Box 15270, Dept. 55
Wilmington, DE 19850


NCO Financial Systems, Inc
Acct No xx7323
3005 Grape Rd., Ste. A
Mishawaka, IN 46545


NCO Financial Systems, Inc.
Acct No xxR264
507 Prudential Rd
Horsham, PA 19044


NCO Financial Systems, Inc.
Acct No xx7323
605 W. Edison Rd. Ste. K
Mishawaka, IN 46545


Northland Group
Acct No xxxxx7298
P.O. Box 390846
Mail Code AR51S
Minneapolis, MN 55439

Northland Group Inc.
Acct No xxxxx5262
P.O. Box 390846
Mail Code SB116
Minneapolis, MN 55439


Northwestern Memorial Physicians Group
Acct No 232471
75 Remittance Drive
#1293
Chicago, IL 60675-1293


Pekay & Blitstein
Acct No xxxx-xx-xx1006
77 W. Washington, Suite 719
Chicago, IL 60602


Peoples Energy
Acct No 6 5000 3801 8648
Special Projects (Bankruptcy)
130 East Randolph Street
Chicago, IL 60601


Peoples Gas
Acct No xxxxxxxxx1748
130 E Randolph Street
Chicago, IL 60601-6207


PFG of Minnesota
Acct No xxxx-xxxx-xxxx-6183
7825 Washington Ave. S. Ste. 310
Minneapolis, MN 55439-2409


PlatePass LLC
Acct No xxxx879_3
P.O. Box 957329
Saint Louis, MO 63195-7329


Plaza Associates
Acct No xxxxxx72-10
JAF Station
P.O. Box 2769
New York, NY 10116-2769


PLS Financial
P.O. Box 7519
Chicago, IL 60680

```
PNC Bank
249 Fifth Ave.
Pittsburgh, PA 15222


ProPath Services LLP
Acct No xxxxxxxx-xxP-181
P.O. Box 678175
Dallas, TX 75267-8175


Public Storage
Acct No xxx3763
7455 South Pulaski Road
Chicago, IL 60629-5826


QC Financial Services
8202 S. Stony Island Ave.
Chicago, IL 60617


Receivables Performance Management
Acct No xxxxx0505
20816 44th Ave. W.
Lynnwood, WA 98036


RPM
Acct No 603377023-6 RPMEA
POB 768
Bothell, WA 98041-0768


Rush University Medical Center
Acct No xx7323
1700 West Van Buren Street
Suite 161 TOB
Chicago, IL 60612


Rush University Medical Group
Acct No xx xx7323
75 Remittance Drive, Dept. 1611
Chicago, IL 60675-1611


SBC
Acct No 15219951
Asset Acceptance LLC
POB 2036
Warren, MI 48090-2036
```

Skin Wellness Center of Chicago
Acct No xxxx2779
75 Remittance Drive Ste. 6682
Chicago, IL 60675-6682


Southwest Dermatology
7123 W. Archer
Chicago, IL 60638


Sprint
Acct No 603377023-6
POB 6419
Carol Stream, IL 60197-6419


Sprint
Acct No xxxxx0505
P.O. Box 3827
Englewood, CO 80155-3827


Sprint
Acct No xxxxx0505
P.O. Box 4191
Carol Stream, IL 60197


Sprint
Acct No xxxxx0505
P.O. Box 4191
Carol Stream, IL 60197-4191


Sprint Communications LLC
Acct No 603377023-6 RPMEA
POB 6419
Carol Stream, IL 60197-6419


Synerprise Consulting Service, Inc.
Acct No xxxxx67-99
2809 Regal Road, Suite 107
Plano, TX 75075


T-Mobile
Acct No xxxxx3045
P.O. Box 742596
Cincinnati, OH 45274-2596

Talk America
Acct No 33804305
2704 Alt. 19 North
Palm Harbor, FL 34683


Tate & Kirlin Associates
Acct No xxxx3675
2810 Southhampton Rd
Philadelphia, PA 19154-1207


TCF National Bank
Acct No 4876-291112
800 Burr Ridge Parkway
Burr Ridge, IL 60521


TCF National Bank - Illinois
Acct No xxxxx2572
500 Joliet Road
Willowbrook, IL 60527


The CBE Group Inc.
Acct No 0024908845
131 Tower Park
Suite 100
POB 2635
Waterloo, IA 50704-2635


The Neighborhood built by MCI
Acct No 3GL20757
POB 17890
Denver, CO 80217-0890


Transworld Systems Inc.
1375 E. Woodfield, Rd
Schaumburg, IL 60173


United Collection Bureau Inc.
Acct No 100004950856
5620 Southwyck Blvd
P.O. Box 140190
Toledo, OH 43614-0190


University Pathologists
Acct No xxxxx7681
P.O. Box 140700
Toledo, OH 43614

```
University Pathologists, P.C.
Acct No xxxxx7681
5620 Southwyck Blvd
Toledo, OH 43614-1501


Uptown Cash
Acct No x3024
8641 South Cottage Grove Avenue
Chicago, IL 60619


Walmart 2817 Lansing IL
Acct No 157093207
Certegy Payment Recovery Services, Inc.
POB 2844
Tuscaloosa, AL 35403-2844


West Asset Management
Acct No xxxx9264
3432 Jefferson Avenue
Texarkana, AR 71854-2747
```